**UNITED STATES BANKRUPTCY COURT**
**Western District of North Carolina**
**Charlotte Division**

Case No. 18–31285
Chapter 11

In Re: Debtor(s) (name(s) used in the last 8 years, including married, maiden, trade, and address):
Boston Regina
8611 Concord Mills Boulevard
#176
Concord, NC 28027
Social Security No.: xxx–xx–3410

# ORDER GRANTING PAYMENT OF FILING FEE IN INSTALLMENTS

IT IS ORDERED that the debtor(s) may pay the filing fee in installments on the terms proposed in the foregoing application.

IT IS FURTHER ORDERED that until the filing fee is paid in full the debtor shall not pay any money for services in connection with this case, and the debtor shall not relinquish any property as payment for services in connection with this case.

Dated: August 23, 2018                                BY THE COURT

                                                      Laura T. Beyer
                                                      United States Bankruptcy Judge

Electronically filed and signed (8/23/18)